**Ramon SANCHEZ, Appellant,**

v.

**Jim JONES, et al., Respondents.**

**No. WD 43076.**

Missouri Court of Appeals,
Western District.

March 19, 1991.

Ramon Sanchez, Pacific, pro se.

William L. Webster, Atty. Gen., Christine A. Alsop, Asst. Atty. Gen., Jefferson City, for respondents.

Before NUGENT, C.J., P.J., and ULRICH and BRECKENRIDGE, JJ.

### ORDER

PER CURIAM.

Appeal from dismissal of an inmate's civil action against prison officials.

Affirmed. Rule 84.16(b).